# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rockefeller Photos, LLC

                        Plaintiff,

v.                                                         Case No.: 1:25−cv−08045

                                                          Honorable Mary M. Rowland

National Law Forum, LLC d/b/a National Law Review

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court grants Defendant's unopposed motion for extension of time [8]. Defendant to answer or file a responsive pleading by 9/12/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.